B6A (Official Form 6A) (12/07)

In re ___Yarbrough Mechanical, Inc._____,     Case No. ___13-60889_____
            **Debtor**     **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

In re    Yarbrough Mechanical, Inc.          ,        Case No.    13-60889

               **Debtor**                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached (Schedule B, 2) | | 576,441.19 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Exhibit
## Schedule B, 2

| Description and Location of Property | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|
| United Texas Bank, checking 0731 | $ 12,586.90 |
| United Texas Bank, savings 5962 | $103,135.11 |
| United Texas Bank, CD 4689 | $227,268.68 |
| United Texas Bank, CD 4690 | $227,268.68 |
| Prosperity Bank, checking 2408 | $ 5,827.43 |
| Prosperity Bank, savings 8724 | $ 354.39 |

In re    Yarbrough Mechanical, Inc.                          ,        Case No.    13-60889
            Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached (Exhibit B (16)) | | 2,506,042.83 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | | | 27,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

CASE #13 - 60889

Page 1

#16

10:03 AM
11/21/13

# 2009 Yarbrough Mechanical Inc.
## A/R Aging Summary
### As of November 21, 2013

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 0602/03-Eagle Mountain Schools #4 & #10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0604/05-Robertson & Mooneyham | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0608-WOGA Bld | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0703-Eagle Mountain # 11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0705-Frisco Transpotation -HVAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0706-Sam Carter Service Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0801-William and Abbie Allen Elementarary | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0802-Eagle Mountain Renovations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0803-Hendrick Middle School | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0806-Frisco Transportation-Plumbing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0807-Frisco Early Childhood | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0906-Plano East H.S. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1013-Adamson H.S. | 0.00 | 0.00 | 0.00 | 0.00 | 162,905.08 | 162,905.08 |
| 1204- Mitchell Elem. | 0.00 | 0.00 | 0.00 | 116,809.66 | 27,301.91 | 144,111.57 |
| 1205-Thelma Richardson | 0.00 | 0.00 | 0.00 | 136,743.04 | 292,570.13 | 429,313.17 |
| 1206-Judy Miller Elementary | 0.00 | 0.00 | 0.00 | 0.00 | 90,530.49 | 90,530.49 |
| 1207- O.M. ROBERTS ELEM | 0.00 | 0.00 | 0.00 | 0.00 | 103,767.81 | 103,767.81 |
| 1210- BP#57 | 0.00 | 0.00 | 0.00 | 800.00 | 76,398.61 | 77,198.61 |
| 1211-BILLY DADE M.S. | 0.00 | 0.00 | 205,380.00 | 0.00 | 319,890.65 | 525,270.65 |
| 1212-Frisco H.S. Reno and Add | 101,763.48 | 0.00 | 1,484.09 | 51,585.56 | 0.01 | 154,833.14 |
| 1213-Midlothian H.S. | 0.00 | 0.00 | 338,213.97 | 0.77 | -0.76 | 338,213.98 |
| 1301 Brinker Elementary | 0.00 | 0.00 | 95,841.70 | 118,389.00 | 231,097.45 | 445,328.15 |
| 1302-Richardson H.S. Reno | 0.00 | 0.00 | 0.00 | 10,042.00 | 0.00 | 10,042.00 |
| Side Jobs and Waranties-2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Side Jobs and Waranties 2012 | 0.00 | 0.00 | 0.00 | 0.00 | 5,137.00 | 5,137.00 |
| Side Jobs and Waranties 2013 | 0.00 | 4,834.55 | 3,412.31 | 0.00 | 11,144.32 | 19,391.18 |
| TOTAL | 101,763.48 | 4,834.55 | 644,332.07 | 434,370.03 | 1,320,742.70 | 2,506,042.83 |

**EXHIBIT SCHEDULE B(16) Page 1 of 3**

#16

Case #13-60889

Accounts Receivable    11/18/2013

| Projects | General Contractor |
|---|---|
| Dallas ISD | Satterfield & Pontikes Const. |
| "  "  Thelma Richardson Elem | 6220 N. Beltline Rd. |
| "  "  Billy Dade M.S. | Suite 200 |
| "  "  Side Jobs and Warranties 2012 | Irving, Texas   75063 |
| | |
| Plano ISD  Mitchell Elem. | Cadence McShane Const. |
| Plano ISD  Brinker Elem. | 14860 Montfort Dr. |
| Richardson ISD  Richardson H.S. | Suite 270 |
| | Dallas, Texas   75254 |
| | |
| Mansfield ISD  Jody Miller Elem | Lee Lewis   Const. |
| | 17177 Preston Rd. |
| | Suite 160 |
| | Dallas, Texas   75248 |
| | |
| Dallas ISD  Om Roberts Elem | Central North Construction |
| "  "  BP #57 | 5990 Lindsey Lane |
| | Allen  Texas   75002 |
| | |
| Midlothian ISD  Midlothian H.S. | Balfour Beatty Const. |
| | 3100 McKinnon |
| | Seventh Floor |
| | Dallas  Texas   75201 |

**EXHIBIT SCHEDULE B(16) Page 2 of 3**

#16                                              Case # 13-60889

FRisco ISD  FRISCO H.S. Reno + Add.             Core  Construction
                                                10625 North County Road
                                                FRisco, Texas 75033


          Adamson H.S.                          Earth Tech
                                                145 Rose Ln
                                                FRisco Texas 75034


FRisco ISD  Side Jobs + Warranties 2013         FRisco ISD
                                                5515 OHIO Dr.
                                                FRisco Texas 75035


Dallas ISD  Side Jobs + Warranties 2013         Dallas ISD
                                                3700 Ross Avenue
                                                Dallas Texas 75204


Richardson ISD Side Jobs + Warranties 2013      Cadence McShane Const.
                                                14860 Montfort Dr.
                                                Suite 270
                                                Dallas Texas 75254


Midlothian   Side Jobs + Warranties 2013        Earth Tech
ISD                                             145 Rose Ln
                                                FRisco Texas 75034


**EXHIBIT SCHEDULE B(16) Page 3 of 3**

In re   Yarbrough Mechanical, Inc.              ,      Case No.   13-60889

             **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 425 S. Seven Points Blvd. Seven Points, TX 75193 (see attached) | | 174,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 425 S. Seven Points Blvd. Seven Points, TX 75193 (see attached) | | 20,355.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 425 S. Seven Points Blvd. Seven Points, TX 75193 (see attached) | | 83,000.00 |
| 30. Inventory. | | 425 S. Seven Points Blvd. (see attached) | | 209,073.41 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

       __11__ continuation sheets attached    Total▶    **$ 3,597,292.43**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

#25 & 29

ALL PROPERTAY LOCATED AT:

425 S. SEVEN POINTS DR.
SEVEN POINTS, TX 75143

2013 VEHICALS
AND EQUIPMENT

Case # 13-60889

OWNER:
MICHAEL YARBROUGH

| YEAR | MAKE | MODLE | VIN# | YR. PURCHASED | MILEAGE | PRICE $ | COMMENTS | EST. COST $ |
|---|---|---|---|---|---|---|---|---|
| 1997 | CHEVROLET | Z-71 | 2GCEK19R6V1191846 | 7/31/1997 | 449,682 | $26,500.00 | SHIRLEY | $4,000.00 |
| 1999 | DODGE | WELDER | 3B6MC3664XM591256 | 4/31/2001 | 494,393 | $25,394.00 | | $2,000.00 |
| 2008 | DODGE | TRUCK | 3D6WG46A08G216204 | 6/20/2008 | 160,402 | $32,217.00 | | $10,000.00 |
| 2007 | CHEVY | 1500 | 2GCEC13JX71701764 | 7/28/2009 | 190,401 | $17,000.00 | | $8,000.00 |
| 2002 | GMC | DENALI | 2GTFK69U221406169 | 12/2/2005 | 165,304 | $16,900.00 | JUDY Y | $5,000.00 |
| 2004 | CHEVROLET | PICK-UP | 1GCHC24UX4E300897 | 2/6/2007 | 398,867 | $11,900.00 | TODD | $5,000.00 |
| 2006 | HUMMER | H2 | 5GRGN23U26H113841 | 6/1/2009 | 174,033 | $27,400.00 | JUDY Y | $15,000.00 |
| 2008 | CHEVROLET | 1500 | 1GCEC19J58E100575 | 1/22/2010 | 238,522 | $19,325.00 | | $7,000.00 |
| 2008 | CHEVROLET | 1500 | 1GCEC19J38E161133 | 1/22/2010 | 287,798 | $18,200.00 | TODD | $7,000.00 |
| 2007 | CHEVROLET | 2500 | 1GCHK29K77E550158 | 1/22/2010 | 201,415 | $19,500.00 | MARK | $7,000.00 |
| 2012 | CHEVY | SILVERADO P/U | 3GCUKSE29CG207598 | 10/18/2012 | 0 | 41,359.00 | MIKE Y. | $39,000.00 |
| 2002 | LEXUS | RX 300 | JTJGF10U920129988 | 7/20/2009 | 124,080 | 8,500.00 | SHIRLEY | $5,000.00 |
| 2007 | DODGE | RAM 1500 P/U | 1D7HA18287J613828 | 6/28/2012 | 124,577 | 10,795.00 | ADAM Y. | $8,000.00 |
| 2014 | CHEVROLET | SILVERADO P/U | 36CPCRECAE6114132 | 6/24/2013 | 0 | 43,285.00 | JUDY Y | $33,000.00 |
| | | | | | | | | $155,000.00 |
| 1998 | SKYTRAC | | 6036 | 6/27/2001 | N/A | $28,700.00 | SKY-TRAC | $10,000.00 |
| 2007 | JOHN DEERE | EXTENDAHOE | T0310SG942163 | 7/3/2008 | NA | $42,518.00 | JD-Backhoe/Loader | $30,000.00 |
| 2005 | JOHN DEERE | 4x4 BACKHOE | T0310GX947065 | 7/8/2008 | NA | $42,578.00 | John Deer BH | $25,000.00 |
| 1998 | JOHN DEERE | 4X4 BACKHOE | T0310EX847108 | 1/10/2000 | N/A | $30,500.00 | John Deer BH | $2,500.00 |
| 2006 | 20ft. UT | TRAILER | | 2/1/2008 | N/A | $1,400.00 | | $1,200.00 |
| 2000 | LEDWELL | WATER TRAILER | 1L9JN72A8YL033224 | 2/2/2004 | N/A | $6,100.00 | Ledwell water trailer | $1,200.00 |
| 2000 | BIG TEX | TRAILER | 4K8GX242Y1661565 | 6/30/2000 | N/A | $6,400.00 | | $8,000.00 |
| 2011 | GOOSENECK | TRAILER | 1H9GN30291176001 | 1/1/2012 | N/A | $11,845.00 | | $9,500.00 |
| 1985 | CAT | FORKLIFT | 40X0B84 | 7/31/2009 | N/A | 5,500.00 | | $3,500.00 |
| | | | | | | | | $90,900.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**EXHIBIT SCHEDULE B (25, 29)  Page 1 of 2**

Case # 13-60 889

OWNER:
MICHAEL YARBROUGH

2013 VEHICALS
AND EQUIPMENT

#25029

ALL PROPERTAY LOCATED AT:

425 S, SEVEN POINTS DR.
SEVEN POINTS, TX 75143

| YEAR | MAKE | MODLE | VIN# | YR. PURCHASED | MILEAGE | PRICE $ | COMMENTS | EST. COST $ |
|------|------|-------|------|---------------|---------|---------|----------|-------------|
| | | | | | | | | |
| 1999 | 8X32 | MOBIL OFFICE | 40158 | | | $ 7,000.00 | | $ 3,000.00 |
| 1998 | 8X32 | MOBIL OFFICE | 26898 | | | $ 5,000.00 | NOT IN GOOD COND. | $ 3,000.00 |
| | | | | | | | | |
| | | STORAGE CONTAINER | 13002 | | | $ 2,000.00 | | $ 1,500.00 |
| | | STORAGE CONTAINER | 15254 | | | $ 2,500.00 | | $ 1,500.00 |
| | | STORAGE CONTAINER | 14754 | | | $ 2,200.00 | | $ 1,500.00 |
| | | STORAGE CONTAINER | 62337 | | | $ 3,500.00 | | $ 1,500.00 |
| | | | | | | | | |
| | | | | | | | | $ 12,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**EXHIBIT SCHEDULE B (25, 29)  Page 2 of 2**

#28                                    Case # 13-60889

## YARBROUGH MECHANICAL INC

### CURRENT ASSETT LIST (11/20/2013)
### ELECTRONICS

| ITEMS | DESCRIPTION | S/N | EST VALUE |
|---|---|---|---|
| **COPIERS** | | | |
| 1  (Good) | Canon IR4570 | SKU25382 | $ 1000.00 |
| 1 (Parts) | Canon IR4005 | NNV16607 | 100.00 |
| 1 (Parts) | Konica 7035 | 13GL86630 | 100.00 |
| 1 (Parts) | Konica 1216 | 1GR35783 | 100.00 |
| 1 (Good) | XEROX | XES-3040 | 500.00 |
| 1 (Good) | HP800 Plotter | MDLC7780B | 1000.00 |
| **CALCULATOR'S** | | | |
| 1 (Good) | Canon P200 DH111 | 2438482 | 10.00 |
| 3 (Good) | Canon MP 11DX | 21071040 | 20.00 |
| | | 21076655 | 20.00 |
| | | 21071042 | 20.00 |
| 4 (Good) | Canon MP25DV | 2796761 | 20.00 |
| | | 2922311 | 20.00 |
| | | 2796760 | 20.00 |
| | | 2796763 | 20.00 |
| 1 (Good) | Canon CP1250 D | 20027692 | 20.00 |
| **FAX MACHINES** | | | |
| 2 (Good) | Brother 1270E | 271411 | 50.00 |
| | | 039818 | 50.00 |
| 1 (Good) | Brother Fax2920 | 1386 | 50.00 |
| **SHREDDER** | | | |
| 1 (Good) | Staples SPL | TXC12MA | 100.00 |
| 1 (Good) | Quill | N/A | 100.00 |

**EXHIBIT SCHEDULE B(28)  Page 1 of 4**

#28                                          Case # 13-60889

## PRINTERS

| | | | |
|---|---|---|---|
| 5 (Good) | Lexmark Pro205 | A636152A | 100.00 |
| | | P5261194 | 100.00 |
| | | A636134A | 100.00 |
| | | HM3188M | 100.00 |
| | | F0044781 | 100.00 |
| 1 (Good) | Lexmark X1290 | 54223 | 50.00 |
| 1 (Good) | Lexmark X5650CS | 1C88788A | 100.00 |
| 1 (Good) | Lexmark Pro705 | 82208428 | 100.00 |
| 1 (Good) | Canon MP250 | K10339 | 100.00 |

## PAPER CUTTER

| | | | |
|---|---|---|---|
| 1 (Good) | Boston 2618  17 ½ x17 ½ | N/A | 50.00 |
| 1 (Good) | Quartet  8 ½ x 11" | N/A | 50.00 |

## PENCIL SHAPNER-ELECTRIC

| | | | |
|---|---|---|---|
| 1- (Good) | Panasonic | N/A | 10.00 |
| 2- (Good) | E-Acto | N/A | 20.00 |
| 2- (Good) | Boston | N/A | 20.00 |

## PHONE SYSTEMS

| | | | |
|---|---|---|---|
| 1- (Good) | NODAVI Phone Systems | N/A | 1000.00 |
| 10- (Good) | NODAVI Hardset Phones | N/A | 350.00 |

## COMPUTERS

| | | | |
|---|---|---|---|
| 1 | Dell Optiplex 360 (Vista) | 8PHQM | 500.00 |
| 4 | Dell Optiplex 380 (Windows 7) | 85993 | 300.00 |
| | | 53895 | 300.00 |
| | | 04709 | 300.00 |
| | w/Auto Cad 2011 | 50389 | 3300.00 |
| 3 | Dell Inspiron 660 (Window 7) | 96072 | 300.00 |
| | | 58117 | 300.00 |
| | | 41765 | 300.00 |

**EXHIBIT SCHEDULE B(28)  Page 2 of 4**

#28                                  CASE # 13- 60889

| | | | |
|---|---|---|---|
| 2 | Dell Tower (Window XP) | 284JF11 | 100.00 |
| | | 42C-02EP | 100.00 |
| 1 | Dell Optiplex GX260 (Windows XP) 32217 | | 100.00 |

**MONITORS**

| | | | |
|---|---|---|---|
| 5- (Good) | Dell 17" (Flatscreen) 2G5L | | 100.00 |
| | A5ZL | | 100.00 |
| | 2G7L | | 100.00 |
| | 2G8L | | 100.00 |
| | OH5J5G | | 100.00 |
| 1- (Good) | Dell 14" (Flatscreen)  4BS-LOPR | | 50.00 |
| 1- (Good) | Dell 16" (Flatscreen) 5386 | | 100.00 |
| 2- (Good) | Dell 18" (Flatscreen) OE3L | | 150.00 |
| | 1HPS | | 150.00 |
| 1- (Good) | Dell 20" (Flatscreen)  280U | | 200.00 |

**KEYBOARD AND MOUSE (WIRELESS)**

| | | | |
|---|---|---|---|
| 5- (Good) | Logitech MK700 | MC028CZ | 100.00 |
| | | MC011CZ | 100.00 |
| | | MC935CZ | 100.00 |
| | | MC029CZ | 100.00 |
| | | MC029CZ | 100.00 |
| 1- (Good) | Logitech Y-RCP140 | MC951CZ | 100.00 |
| 1- (Good) | Logitech Y-RQ52 | MC525CZ | 100.00 |

**KEYBOARD AND MOUSE (USB)**

| | | | |
|---|---|---|---|
| 3- (Good) Dell L100 | | UO11 | 25.00 |
| | | O3KP | 25.00 |
| | | OHHU | 25.00 |
| Total | | $ 10,425.00 | |

**EXHIBIT SCHEDULE B(28)  Page 3 of 4**

# 28                                          CASE #13-60889

## ASSETT LIST  (11/20/13)

### FURNITURE & ACCESSORIES

| ITEMS | DESCRIPTION | COST |
|---|---|---|
| 1 | 6' WOOD/MARBLE CONFERFENCE TABLE | $ 600.00 |
| 15 | Leather Office Chairs | 600.00 |
| 18 | Fabric Chairs | 450.00 |
| 1 | Leather Sofa | 200.00 |
| 1 | Leather Love Seat | 150.00 |
| 2 | Wood/Glass end Table | 100.00 |
| 1 | Wood/Glass Coffee Table | 150.00 |
| 1 | 2 PC Executive Desk w/glass tops | 100.00 |
| 2 | 7 PC Wood Modular Desk Set | 1400.00 |
| 1 | 6 PC wood Modular Desk Set | 600.00 |
| 1 | 5 PC Wood Modular Desk Set | 500.00 |
| 1 | 3 PC Wood Modular Desk Set | 300.00 |
| 3 | 2 PC Wood Desk | 600.00 |
| 1 | 2 PC Wood Computer Desk | 50.00 |
| 1 | 2 PC Glass/Metal Desk | 200.00 |
| 1 | 6' Rectangular Wood Table | 100.00 |
| 2 | Rectangular Folding Work Table | 50.00 |
| 1 | Round Table | 50.00 |
| 1 | Rectangular Glass/Metal Table w/4 Chairs | 100.00 |
| 1 | Electronic Plan Table | 2000.00 |
| 1 | Adjustable Wood Drafting Table | 200.00 |
| 2 | Adjustable Drafting Chairs | 50.00 |
| 2 | Wood Bar Stools | 20.00 |
| 2 | 2 Shelfs Book Case | 80.00 |
| 1 | 4 Shelf Book Case | 50.00 |
| 4 | 2 Drawer Metal File Cabinet | 80.00 |
| 1 | 2 Drawer Wood File Cabinet w/wheels | 100.00 |
| 8 | 4 Drawer Metal File Cabinet w/Lock | 400.00 |
| 1 | Framed Mirror | 50.00 |
| 1-Lot | Assorted Pictures | 300.00 |

### Appliances

| | | |
|---|---|---|
| 1 | 18 CU Ft. Fridgidaire Refrigerator/Freezer | 100.00 |
| 1 | GE Spacemaker XL1400 Microwave | 100.00 |
| 1 | Tappan Electric Range | 100.00 |
| | Total | $9,930.00 |

#30                    CASE # 13-60889

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **FLOOR DRAINS** | | | | |
| | | | | | | |
| 4 | EA | 2" ZURN FLOOR DRAIN | $ | 49.71 | $ | 198.84 |
| 3 | EA | 3" ZURN FLOOR DRAIN | $ | 59.00 | $ | 177.00 |
| 8 | EA | 4" ZURN FLOOR DRAIN | $ | 72.81 | $ | 582.48 |
| 1 | EA | 4" SMITH FLOOR DRAIN | $ | 72.98 | $ | 72.98 |
| 2 | EA | 3" ZURN CLEANOUT | $ | 43.57 | $ | 87.14 |
| 1 | EA | 4" ZURN CLEANOUT | $ | 58.39 | $ | 58.39 |
| | | **HYDRANTS** | | | | |
| 0 | | ZURN P1325 ENCLOSED WATER HYDRANT | $ | 318.19 | $ | - |
| | | | | | $ | - |
| | | **ACCESS DOORS** | | | | |
| | | | | | | |
| 0 | EA | 8 X 8 SCREWDRIVER  ACCESS DOOR PRIME | $ | 11.94 | $ | - |
| 0 | EA | 10 X 10  PRIME COATED SCXREWDRIVER ACCESS | $ | 12.89 | $ | - |
| 3 | | 10 X 10 STANLESS STEEL CYLINDER LOCK | $ | 15.47 | $ | 46.41 |
| 8 | EA | 12" X 12" DW BEAD KEY ACCESS PRIME | $ | 13.46 | $ | 107.68 |
| 5 | EA | 12" X 12" SCREWDRIVER ACCESS PRIME | $ | 16.82 | $ | 84.10 |
| 9 | EA | 12" X 12"  PRIME KEY  STANLESS | $ | 13.46 | $ | 121.14 |
| 3 | EA | 12 X 12 FIRE WALL ACCESS DOOR RETURN LATCH PRIME | $ | 48.25 | $ | 144.75 |
| 0 | EA | 12X24 ACCESS PANNEL | $ | 57.00 | $ | - |
| 1 | EA | 14 X 16 SCREWDRIVEWR ACCESS DOOR PRIME | $ | 68.40 | $ | 68.40 |
| 1 | EA | 16" X 16" RETURN LATCH ACCESS DOOR PRIME | $ | 76.75 | $ | 76.75 |
| 1 | EA | 16" X 16" SCREWDRIVER ACCESS DOOR PRIME | $ | 38.43 | $ | 38.43 |
| 1 | EA | 16 X 16  CYLINDER LOCK STANLESS STEEL | $ | 84.43 | $ | 84.43 |
| 0 | EA | 16" X 16" KEY LOCK ACCESS DOOR PRIME | $ | 76.75 | $ | - |
| 4 | EA | 16" X 16" FIRE RATE  PRIME | $ | 76.75 | $ | 307.00 |
| 0 | EA | 18"  X18" DRYWALL KEY ACCESS DOOR | $ | 39.21 | $ | - |
| 0 | EA | 18" X18" SCREWDRIVER PRIME ACCESS DOOR | $ | 26.13 | $ | - |
| 0 | EA | 24" X 24 PRIME ACCESS DOOR  KEY | $ | 53.58 | $ | - |
| 0 | EA | 24 X 24 STANLESS STEEL SCREWDEIVER ACCESS | $ | 86.90 | $ | - |
| 1 | EA | 24X24 UNIVERSAL ACCESS DOOR STANLESS | $ | 59.00 | $ | 59.00 |
| 0 | EA | 36"X48" PRIME ACCESS DOOR | $ | 91.64 | $ | - |
| | | | | | | |
| | | **ENDING BALANCE** | | | | $ 209,073.41 |
| | | | | | | |

**EXHIBIT SCHEUDLE B(30)  Page 1 of 1**

B 6D (Official Form 6D) (12/07)

**In re** Yarrbrough Mechanical, Inc. _____,   **Case No.** 13-60889 _____
                        **Debtor**                                                        **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 78649 <br><br>United Texas Bank <br>12222 Merit Drive, #100 <br>Dallas, TX 75251 | | | 03/22/13 (see attached) <br><br> VALUE $ 2,000,000.00 | | | | 1,304,131.98 | |
| ACCOUNT NO. 78667 <br><br>United Texas Bank <br>12222 Merit Drive, #100 <br>Dallas, TX 75251 | | | 03/22/13 (see attached) <br><br> VALUE $ 42,535.54 | | | | 35,595.98 | |
| ACCOUNT NO. 79774 <br><br>United Texas Bank <br>12222 Merit Drive, #100 <br>Dallas, TX 75251 | | | 09/24/13 (see attached) <br><br> VALUE $ 450,000.00 | | | | 400,000.00 | |

 2   continuation sheets attached

| | |
|---|---|
| Subtotal ▶ <br>(Total of this page) | $ 1,739,727.96 | $ |
| Total ▶ <br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re  Yarbrough Mechanical, Inc.                ,        Case No.   13-60889
          **Debtor**                                           **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 75602<br><br>Chase Auto Finance<br>P.O. Box 78068<br>Phoenix, AZ 85062 | | | (see attached)<br><br>VALUE $   41,358.68 | | | | 33,842.84 | |
| ACCOUNT NO.<br><br>T.D. Auto Finance<br>P.O. Box 9001921<br>Louisville, KY 40290 | | | (see attached)<br><br>VALUE $   41,617.52 | | | | 39,146.37 | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no.__1__of__2__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$   72,989.21     $

Total(s) ▶
(Use only on last page)

$   1,812,717.17     $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Claim # 13-60889

## Schedule D

United Texas Bank
12222 Merit Drive
Suite 100
Dallas, Texas   75251

| Date Incurred | Account # | Description of Property | Amount |
|---|---|---|---|
| 3/22/2013 | 78649 | AR's & Life Insurance | $1,304,131.98 |
| 3/22/2013 | 78667 | All Assets | 35595.98 |
| 7/24/2013 | 79774 | CD's | 400,000.00 |

Chase Auto Finance
P.O. Box 78068
Phoenix, AZ   85062-8068

| Date Incurred | Account # | Description of Property | Amount |
|---|---|---|---|
| 10/19/2012 | 112292200075602 | 2012 Chevy Silverado | 33842.84 |

TD Auto Finance
P.O. Box 9001921
Louisville, Ky   40290-1921

| Date Incurred | Account # | Description of Property | Amount |
|---|---|---|---|
| 6/24/2013 | 1100771531 | 2014 Chevy Silverado | 39146.37 |

B6E (Official Form 6E) (04/13)

In re   Yarbrough Mechanical, Inc.                                    ,           Case No.   13-60889
_____                                      _____
              Debtor                                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."        If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re  Yarbrough Mechanical, Inc.                    ,   Case No. 13-60889
              _Debtor_                                              _(if known)_

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

_* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

1   continuation sheets attached

In re   Yarbrough Mechanical, Inc.   , Case No.   13-60889
   *Debtor*   *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>IRS - Dept. of the Treasury<br>IRS Center<br>Ogden, UT 84201-0012 | | | 2013 | | | | unknown | | |
| Account No.<br><br>Kaufman County Taxes<br>P.O. Box 339<br>Kaufman, TX 75142 | | | 2013 | | | | unknown | | |
| Account No.<br><br>Henderson County Taxes<br>125 Praireville, #103<br>Athens, TX 75751 | | | 2013 | | | | unknown | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) — $ | $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $ **0.00**

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ **0.00** | $ | $

B 6F (Official Form 6F) (12/07)

In re   Yarbrough Mechanical, Inc.                    ,        Case No.   13-60889
_____Debtor_____                                    _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | see attached Exhibit | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal▶ | | | | $ |
| _15_ continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ 2,587,758.60 |

Exhibit to Schedule F

| | | |
|---|---|---|
| Aaron Beasley<br>305 Enchanted Drive.<br>Mabank, TX 75156 | | notice only |
| Adam Yarbrough<br>223 Wind Jammer Road<br>Gun Barrel City, TX 75156 | | notice only |
| A.D.W. Corporation<br>Lockbox 671157<br>Dallas, TX 75267 | | 108,187.47 |
| Ahern Rental<br>PO Box 271390<br>Las Vegas, NV 89127 | | 13,427.36<br>3,230.63 |
| Air Gas Southwest<br>PO Box 676031<br>Dallas, TX 75267 | | 3,564.42<br>35.34 |
| Alliance Trucking<br>721 11th Street<br>Arlington, TX 76011 | | (352.96) |
| American First Insurance Finance<br>525 B Street<br>San Diego, CA 92101 | | notice only |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | | notice only |
| Ashcroft Company<br>7027 Twin Hills Avenue<br>Dallas, TX 75231 | | 14,315.00 |
| AXA Equitable - Life Insurance<br>PO Box 371405<br>Pittsburgh, PA 15250 | | notice only |

Balfour Beatty Construction                                    notice only
3100 McKinney, Seventh Floor
Dallas, TX 75201

Bank of America                                                  6,218.50
PO Box 15796
Wilmington, DE 19886

Bank of America                                                   722.71
PO Box 15796
Wilmington, DE 19886

Bank of America                                                  5,608.95
PO Box 851001
Dallas, TX 75285

Barsco                                                             59.94
PO Box 460
Addison, TX 75001

Bartos Industries                                               54,420.00
PO Box 22136                                                     3,020.00
Dallas, TX 75222

Big Box Storage                                                 notice only
PO Box 546
Snellville, GA 30078

Briggs Equipment                                               notice only
8787 Wallisville Road
Houston, TX 77029

Bryan Wallace                                                   notice only
3416 Santana Lane
Plano, TX 75023

Bucky Wood                                                      notice only
1521 Melanie Lane
Mesquite, TX 75149

Cadence McShane Corporation                                    notice only
14860 Montfort Drive, suite 270
Dallas, TX 75254

Exhibit to Schedule F - Page 2 of 15

Capital One Bank                                          2,429.91
PO Box 60599
City of Industry, CA 91716

Capital One Bank                                          1,317.81
PO Box 60599
City of Industry, CA 91716

Carrier Corporation                                      2,787.00
PO Box 905533
Charlotte, NC 28217

Carrier Enterprise                                     notice only
PO Box 730246
Dallas, TX 75373

Central North                                          228,478.10
5970 Lindsey Lane
Allen, TX 75002

Century Link                                           notice only
100 Century Tel Drive
Monroe, LA 71203

Charlie Yarbrough                                      notice only
223 Wind Jammer Road
Gun Barrel City, TX 75156

Chase                                                    4,432.76
PO Box 94014
Palatine, IL 60094

Chevron                                                    278.92
PO Box 2001
Concord, CA 94529

CLP Resources, Inc.                                      4,515.23
PO Box 31001-1277
Pasadena, CA 91110

Cody Walls                                             notice only
18131 Terrace Dr.
Kemp, Texas 75143

Exhibit to Schedule F - Page 3 of 15

Complete Insulation                                              5,407.75
2355 Forest Lane
Garland, TX 75042

Core Construction                                              notice only
10625 North County Road, suite 100
Frisco, TX 75034

Critical Cuts                                                  notice only
50 Ingold Road
Burlingame, CA 94010

Culver Metal Supply                                             65,970.91
PO Box 327                                                     55,962.74
Mansfield, TX 76063                                             18,581.88

Dallas ISD                                                    notice only
Construction Services
3801 Herschel Avenue
Dallas, TX 75219

David Steele                                                  notice only
236 Sunflower Dr.
Gun Barrel City, TX 75156

Davis Crane                                                     5,411.00
1222 North Loop 12                                             2,018.75
Irving, TX 75061

Dawn Jones                                                   notice only
311 Flying Bridge
Gun Barrel City, TX 75156

Dun & Bradstreet                                                   66.03
PO Box 75542
Chicago, IL 60675

Earth Tech                                                    145,400.68
145 Rose Lane                                                  19,719.00
Frisco, TX 75034                                                  38.00

East Texas Copy Systems                                      182.02
4545 Old Jacksonville Highway
Tyler, TX 75703

Enrique Benitez                                          notice only
4323 Wyoming Street, Apartment 252
Dallas, TX 75211

Enviromatic System                                       108,525.83
2337 West Worrier Trail                                  133,700.73
Grand Prairie, TX 75052                                    7,319.32

EXXON                                                     17,135.54
PO Box 88938
Des Moines, IA 50369

FC Background                                            notice only
5201 Mitchelldale Street
Suite 14 B
Houston, TX 77092

FedEx                                                        641.16
13155 Noel Road
Suite 1600
Dallas, TX 75240

FHP Holdings                                            notice only
39405 Treasury Center
Chicago, IL 60694

Fort Worth Bolt & Tool                                       48.33
PO Box 471999                                                96.00
Fort Worth, TX 76147

Frisco ISD                                             notice only
6942 West Maple
Frisco, TX 75034

Garrett Callahan                                          3,500.00
13721 Welch Road
Dallas, TX 75244

Exhibit to Schedule F - Page 5 of 15

| | |
|---|---|
| Geo Systems USA<br>PO Box 21568<br>Tulsa, OK 74121 | 11,642.52<br>739.02 |
| GMS<br>PO Box 117147<br>Carrollton, TX 75011 | 394,155.20 |
| G.W. Vines Company Inc.<br>PO Box 227416<br>Dallas, TX 75222 | 365.00<br>1,983.00 |
| Hanson Pipe<br>PO Box 842481<br>Dallas, TX 75284 | notice only |
| Henderson County Tax Collector<br>125 North Prairieville Street<br>Room 103<br>Athens, TX 75751 | 1,173.77 |
| Heritage One Roofing<br>3217 Halifax Street<br>Dallas, TX 75247 | 4,353.00 |
| Hollands Pit Stop<br>PO Box 43184<br>Seven Points, TX 75143 | 751.91 |
| Insurance Information Exchange<br>1716 Briarcrest Drive<br>Suite 200<br>Bryan, TX 77802 | notice only |
| IPFS Corporation - Insurance Finance<br>PO Box 730223<br>Dallas, TX 75373 | notice only |
| Jacob Hilton<br>11051 Delford Circle<br>Dallas, TX 75228 | notice only |

Jake Linder                                                    notice only
143 Arrowhead Way
Gun Barrel City, TX 75156

Jennifer Artzt                                                notice only
532 Waller Rd.
Kemp, TX 75143

Jennifer King                                                 notice only
15713 Top Court
Kemp, TX 75143

Jerry Nelson & Associates                                     notice only
601 Shelley Lane
Tyler, TX 75701

Joey L. Baker                                                 notice only
1024 Pleasant Dr.
Kemp, TX 75143

Joe W. Fly Company                                              6,088.29
PO Box 560666                                                  1,792.31
Dallas, TX 75356                                               4,076.60

Jorge Palacios                                                notice only
1504 Montgomery Street
Athens, TX 75751

Jose G. Grin                                                  notice only
1003 Todd Hammer
Seven Points, TX 75143

Judy Yarbrough                                                notice only
1525 Timber Creek Drive
Kemp, TX 75143

Kaufman County Tax Collector                                   2,848.45
PO Box 339
Kaufman, TX 75142

Kevin Willmon                                                 notice only
3329 Augusta Blvd.
Rockwall, TX 75087

Exhibit to Schedule F - Page 7 of 15

Lee Lewis Construction                                          notice only
17177 Preston Road
Dallas, TX 75248

Lewis & Lambert                                                20,000.00
PO Box 14439
Haltom City, TX 76117

Liberty Mutual Insurance                                       notice only
PO Box 85834
San Diego, CA 92186

Lowes Business                                                     17.58
PO Box 530970
Atlanta, GA 30353

Mansfield ISD                                                  notice only
1920 North Main Street
Mansfield, TX 76063

McMillan &  James                                              1,697.00
PO Box 2416
Grapevine, TX 76099

Metro Repro - CAD                                                211.42
PO Box 560092
Dallas, TX 75356

Michael Henderson                                             notice only
24545 FM 3225
Kemp, TX 75143

Michael Yarbrough                                            notice only
1525 Timber Creek Drive
Kemp, TX 75143

Midlothian ISD                                               notice only
100 Walter Stephenson Road
Midlothian, TX 76107

Mobil Mini                                                   notice only
PO Box 79149
Phoenix, AZ 85062

Mobil Storage                                                notice only
PO Box 10999
Burbank, CA 91510

Morrison Supply                                             notice only
PO Box 70
Fort Worth, TX 76101

National Wholesale                                        122,235.02
1972 California Crossing                                     3,189.89
Dallas, TX 75220                                            8,376.10

NTTA - Zip cash                                            notice only
5900 West Plano Parkway
Suite 200
Plano, TX 75093

Pablo Lerma                                                notice only
1610 Granada
Grand Prairie, TX 75051

PAI Services LLC                                           notice only
56218 Parkway Avenue
Suite A
Elkhart, IN 46516

Pamaco Insulation                                          24,497.29
3104 Okak Lane                                             30,725.72
Dallas, TX 75226                                            6,324.83

Parks Environmental Equipment                             notice only
PO Box 41859
Houston, TX 77241

Personnel Concepts                                         notice only
3200 E. Guasti Road
Suite 300
Ontario, CA 91761

Plano ISD                                                  notice only
2700 West 15th Street
Plano, TX 75075

Exhibit to Schedule F - Page 9 of 15

Precision Air Products                                    notice only
PO Box 671067
Dallas, TX 75367

Progressive Waste Solutions                              notice only
12150 Garland Road
Dallas, TX 75218

Quality Labor Management                                  36,427.50
3960 Broadway Boulevard
Suite 105
Garland, TX 75043

Quill                                                       720.48
PO Box 37600
Philadelphia, PA 19101

Ratliff Constructors                                     notice only
4200 Beltway Drive
Addison, TX 75001

Richardson ISD                                           notice only
400 South Greenville Avenue
Richardson, TX 75081

Ryan E. Taylor                                           notice only
315 Meredith
Eustace, TX 75124

Relius L. Certain                                        notice only
P.O. Box 43443
Seven Points, TX 75143

Roto Rooter                                              notice only
3817 Conflans
Irving, TX 75061

Sam King                                                 notice only
804 Grand Teton Drive
Plano, TX 75023

Exhibit to Schedule F - Page 10 of 15

Satterfield & Pontikes Construction, Inc.                                    notice only
6220 N. Beltline Road, suite 200
Irving, Texas 75063

S Box Storage                                                                notice only
PO Box 770209
Memphis, TN 38177

Schneider Electric                                                           8,936.16
PO Box 841868
Dallas, TX 75284

Seton Identification                                                         notice only
PO Box 95904
Chicago, IL 60694

SFCC                                                                         notice only
2410 Squire Place, suite B
Farmers Branch, TX 75234

Sharon A. Nabors                                                             notice only
9857 Cr 2403 Arnold Hills
Tool, Texas 75143

Shell Oil                                                                    16,541.81
PO Box 689010
Des Moines, IA 50368

Shirley Miller                                                               notice only
1524 Timber Creek
Kemp, Texas 75143

Skilled Trades                                                               10,851.74
PO Box 823473
Philadelphia, PA 19182

Skilled Services                                                             notice only
PO Box 22550
St Petersburg, FL 33742

Southwest Insulation                                                    145,554.56
PO Box 11503                                                               807.50
Fort Worth, TX 76110

Sprint                                                                   1,592.39
PO Box 4181
Carol Stream, IL 60197

Stacia Welch                                                            notice only
216 E. Glenwood St.
Mabank, TX 75147

Stacy Hatcher                                                           notice only
12175 CR 4079
Scurry, TX 75158

Sta-Dri                                                                 notice only
814 Business Highway 121
Lewisville, TX 75057

Standard Controls                                                      notice only
9125 Viscount Row
Dallas, TX 75247

Standard Supply                                                        notice only
PO Box 224349
Dallas, TX 75222

Stephen Miller                                                        notice only
P.O. Box 16
Copeville, TX 75121

Steven Jones                                                          notice only
2842 Guthrie Road
Apartment 1023
Garland, TX 75041

Suburban Sheet Metal                                                  notice only
528 South Eden Road
Kennedale, TX 76060

Sunbelt Rentals                                                4,744.78
PO Box 409211                                                  3,176.26
Atlanta, GA 30384

Sunstate Equipment                                           44,534.67
PO Box 52581                                                   3,502.67
Phoenix, AZ 85072                                             5,906.53

Swinglift USA                                                 3,867.75
PO Box 92039
Southlake, TX 76092

Team Sheet Metal                                            notice only
2033 East Union Bower
Irving, TX 75061

Tech Plan                                                   notice only
717 Taylor Drive
Plano, TX 75074

Teco Metal Products                                        notice only
10880 Beckay Street, suite 102
Dallas, TX 75238

Texas Air Systems                                          114,513.66
6029 Campus Circle, suite 100
Irving, TX 75063

Texas Tollway CSC                                          notice only
12719 Burnet Road
Austin, TX 78727

Thermacor Process                                         notice only
1670 Hicks Field Road East
Fort Worth, TX 76179

Thermal Dynamix                                              7,725.50
9744 Brockbank Drive
Dallas, TX 75220

Exhibit to Schedule F - Page 13 of 15

Thermotech                                          186,511.68
2214 FM 1187                                          6,244.30
Building 6
Mansfield, TX 76063

Todd Walls                                          notice only
18131 Terrace Drive
Kemp, Texas 75143

Trane                                               31,176.26
PO Box 845053
Dallas, TX 75284

Trinity Valley Electric                             notice only
1800 Texas 243
Kaufman, TX 75142

UPS                                                      5.50
PO Box 7247-0244
Philadelphia, PA 19170

United Mechanical                                   notice only
11540 Plano Road
Dallas, TX 75355

United Rental                                       notice only
524 Avenue K
Plano, TX 75074

Vasq Sheet Metal                                    196,344.60
1121 108th Street                                    30,028.75
Unit B                                               7,405.69
Arlington, TX 76011

Viking Office Products                              notice only
PO Box 88040
Chicago, IL 60680

West Cedar Creek Mud                                notice only
3801 S. Tool Drive
Kemp, TX 75143

Exhibit to Schedule F - Page 14 of 15

| | |
|---|---:|
| Wilhouse Sheet Metal<br>2156 West Northwest Highway<br>Suite 300<br>Dallas, TX 75220 | 26,783.30 |
| William L. Carpenter<br>P.O. Box 676<br>Eustace, TX 75124 | notice only |
| William Fitzpatrick<br>1825 Madeline #127<br>Wylie, TX 75098 | notice only |
| William Scottsman<br>PO Box 91975<br>Chicago, IL 61675 | notice only |
| Winston Water Cooler<br>6626 Oakbrook Blvd<br>Dallas, TX 75235 | 187.99 |
| Yarbrough Management, Inc.<br>PO Box 43688<br>Seven Points, TX 75143 | notice only |
| TOTAL: | 2,587,758.60 |

B 6G (Official Form 6G) (12/07)

In re  Yarrough Mechanical, Inc._____ ,        Case No._13-60889_____
                **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Yarbrough Management Company, Inc.<br>PO Box 43688<br>Seven Points, Texas 75143 | property lease for office and warehouse at 425 S. Seven Points Blvd., Seven Points, Texas 75143; expires April 2, 2014; $6,000/month debtor's interest as lessee |
| Pogue Construction<br>1512 Bray Central Drive, suite 300<br>McKinney, Texas 75069 | construction contract for Florence Black Elementary School, Mesquite, Texas |
| Satterfield and Pontikes<br>6220 North Beltline Road, suite 200<br>Irving, Texas 75063 | construction contracts<br>1. Thelma Richardson Elementary School<br>2. Billy Dade Middle School<br>Dallas, Texas |
| Central North Construction<br>5970 Lindsey Lane<br>Allen, Texas 75002 | construction contracts<br>1. O.M. Robers Elementary School<br>2.  Bid package #57<br>Dallas, Texas |
| Cadence McShane Construction<br>14860 Montford Drive, sutie 270<br>Dallas, Texas 75254 | construciton contract<br>1.  Mitchell Elementary School<br>2.  Brinker Elementary School<br>3.  Richardson High School |
| Easrth Tech<br>145 Rose Lane<br>Dallas, Texas 75034 | construction contract - Adamson High School, Dallas, Texas |

B 6G (Official Form 6G) (12/07)

In re  Yarbrough Mechanical, inc.                    ,          Case No. 13-60889
                    **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lee Lewis Construciton 17177 Preston Road, suite 160 Dallas, Texas 75248 | Construction Contract - Judy Miller Elementary School, Mansfield, Texas |
| Core Construction 10625 North County Raod Frisco, Texas 75034 | Construction contract-  Frisco High School renovation and addition, Frisco, Texas 75034 |
| Balfour Beatty 3100 McKinney, seventh floor Dallas, Texas 75201 | construction contract - Midlothian High School, Midlothian, Texas |
| SFCC 2410 Squire Place, suite B Farmers Branch, Texas 75234 | Construciton contract - Frisco Summer work 2013, Frisco, Texas |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re  Yarbrough Mechanical, Inc.                ,          Case No.  13-60889
            **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Yarbrough<br>1525 Timber Creek Drive<br>Kemp, Texas 75143 | United Texas Bank<br>12222 Merit Drive, suite 100<br>Dallas, Texas 75251 |
| Michael Yarbrough<br>1525 Timber Creek Drive<br>Kemp, Texas 75143 | IFIC Group<br>4965 Preston Park Boulevard, suite 200 East<br>Plano, Texas 75093 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Yarbrough Mechanical, Inc.        ,          Case No.  13-60889
                    **Debtor**                                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                                                **Debtor**

Date _____        Signature: _____
                                                                                                        **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                         Social Security No.
of Bankruptcy Petition Preparer                                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X_____                _____
 Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  chief executive officer        [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  corporation        _ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  41   sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  11/25/2013        Signature: *Michael Yarbrough*
                                                      Michael Yarbrough, CEO
                                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.